# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ALBERT L. KIRKNER, BRIAN C. MCNEW, AND TRUST INVESTMENT GROUP , LLC | : No. 354 MAL 2018<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Superior Court |
| v. | :<br>:<br>: |
| MICHAEL S. GLASS, MARGERY DANA, AND DGK PROPERTIES, LP | :<br>:<br>:<br>: |
| PETITION OF: MICHAEL S. GLASS | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.